IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00545–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSEPH P. NACCHIO,

    Defendant.

## ORDER SETTING INITIAL RULE 17.1 PRETRIAL CONFERENCE

This matter is before the court on a review of the Indictment filed December 20, 2005. Upon a finding that a brief pre-trial conference will help "promote a fair and expeditious trial," it is

**ORDERED** as follows:

1. The court will hold an initial pre-trial conference, pursuant to Fed. R. Crim. P. 17.1, commencing at **3:30 o'clock p.m. on Tuesday, December 20, 2005**, or as soon thereafter as possible, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse, Denver, Colorado.

2. Counsel for the Government and the duty magistrate shall, as soon as possible, deliver this order to Defendant and his counsel. All defense counsel shall promptly enter a written appearance to ensure electronic service of future orders.

Dated this 20th day of December, 2005.

                        BY THE COURT:

                        s/ Edward W. Nottingham
                        EDWARD W. NOTTINGHAM
                        United States District Judge