IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00545–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOSEPH P. NACCHIO,

    Defendant.

## ORDER

On May 1, 2006, Defendant filed a document styled "Notice of Intent to Move the Court for a Change of Venue and Motion for Extension of Time to File Such Motion" (#61). The document recites, *inter alia*, that Defendant has retained a professor to analyze numerous press materials in this case and related cases. It omits to request a date certain for a time extension. The Government has responded, opposing the request for more time (#86).

This case has now been pending for over seven months. It has now been over two months since the referenced motion was filed. Since Defendant has anticipated a change-of-venue motion from the beginning, and has now had two more months to perfect his research, the time has come to get the issue on the table. Accordingly, it is

**ORDERED** as follows:

1. The referenced motion is GRANTED, in part. The motion shall be filed no later than July 31, 2006.

2. The Government shall respond to the motion no later than August 18, 2006.

Dated this 21th day of July, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge