FILED WITH COURT SECURITY OFFICER
IN CAMERA AND UNDER SEAL

DATE: 10/24/06   [signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00545–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSEPH P. NACCHIO,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 24 2006

GREGORY C. LANGHAM
CLERK

---

**FIRST MEMORANDUM OPINION AND ORDER PURSUANT TO SECTION 6(a) OF THE CLASSIFIED INFORMATION PROCEDURES ACT**

---