IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00545–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JOSEPH P. NACCHIO,

      Defendant.

---

**FIRST MEMORANDUM OPINION AND ORDER PURSUANT TO SECTION 6(a) OF
THE CLASSIFIED INFORMATION PROCEDURES ACT**

---

Section 6(a) of the Classified Information Procedures Act ("CIPA"), Pub. L. 96–456, 94

Stat. 2025 (1980), *codified at* 18 U.S.C.A. App. 3 §§ 1–16 (West 2006), requires the court, upon

request of the Government, "to conduct a hearing to make all determinations concerning the use,

relevance, or admissibility of classified information that would otherwise be made during the

trial or pretrial proceeding." It also requires the court to "set forth in writing the basis for its

determination" as to each item of classified information. The court conducted a section 6(a)

hearing on October 12, 2006. It now files this writing setting forth the bases for its rulings

concerning the use, relevance, or admissibility of the classified information in question.

FOR PURPOSES OF THIS FILING,

PAGES TWO THROUGH TWENTY-SEVEN

HAVE BEEN OMITTED

**IV.    CONCLUSION**

Upon the findings and conclusions set forth in this memorandum opinion, it is

**ORDERED** as follows:

1.      Pursuant to CIPA § 6(a), the court determines each category of classified

information to be admissible or inadmissible in accordance with the rulings made in this

memorandum opinion.

2.      The clerk will file the first page of this memorandum opinion and order, together

with part "IV. CONCLUSION," in the court's electronic public records.  The clerk will, by secure

facilities, transmit the entire memorandum opinion and order to the court security officer

appointed by the court pursuant to the requirements established by the Chief Justice of the United

States regarding CIPA.  The court security officer will file-stamp the document, and it will be the

original record in the case.  The court security officer will also appropriately distribute the entire

opinion to the parties and to the involved agencies.

3.      The involved agencies shall each promptly designate the parts of the

memorandum opinion which are classified information and transmit that designation to the court

security officer.  The designation may be made by appropriate markings on the memorandum

opinion.  The court security officer will forthwith transmit it to the court.

-28-

4.     Upon receipt of all agency designations, the court will elide all classified

information, and the clerk will then file the balance of the memorandum opinion and order in the

court's electronic record.

Dated this 24th day of October, 2006

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge