IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00545–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSEPH P. NACCHIO,

    Defendant.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

"Defendant's Motion for *In Camera* Review of Redacted Portions of Government Attorney Notes of Oral Proffers and for Transcription of Handwritten Attorney Notes" and for Transcription of Handwritten Attorney Notes" (#175) is GRANTED. The court has ruled on the substantive issue regarding the Government's submission in its "Order Concerning Government's Submission of Attorney Proffer Notes" (#243) filed February 20, 2007.

Dated: February 27, 2007