IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00545–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOSEPH P. NACCHIO,

      Defendant.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

For the reasons set forth in the closed hearing held on February 26, 2007, it is ORDERED as follows:

1. The "United States' Motion for Three-Day Extension of Time Regarding Limited Additional CIPA Materials" (#239, filed February 23, 2007) is GRANTED.

2. The "United States' Ex Parte, In Camera Motion for a Protective Order Authorizing Substitutions Under Section 4 of the Classified Procedures Act" (#244, filed February 16, 2007) is GRANTED in part and DENIED in part.

3. The "Motion to Compel Production of Classified *Brady* and Rule 16 Materials" (#252, filed February 20, 2007) is DENIED.

4. The "Motion to Compel Production of National Security Counsel/NSTAC *Brady* and Rule 16 Materials" (#253, filed February 20, 2007) is DENIED.

Dated: February 28, 2007