IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00545–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOSEPH P. NACCHIO,

    Defendant.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

For the reasons set forth in the status conference on February 8, 2007, it is ORDERED that the "United States' *In Camera, Ex Parte* Motion for a Protective Order Pursuant to Section 4 of the Classified Information Procedures Act" (#223, filed February 5, 2007) is GRANTED.

Dated: February 28, 2007