IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  
Therese Lindblom, Court Reporter

Date: March 1, 2007

Criminal Action No. 05-cr-00545-EWN

*Parties:* | *Counsel:*

UNITED STATES OF AMERICA,

    Plaintiff,

Cliff Stricklin, James Hearty, Colleen Conry, Leo Wise, and Kevin Traskos

v.

1. JOSEPH P. NACCHIO,

    Defendant.

Herbert Stern, Jeffrey Speiser, Edward Nathan, Mark Rufolo, John Richilano, and Marci Gilligan

## COURTROOM MINUTES

**Trial Preparation Conference**

**9:06 a.m.**     Court in session.

Appearances of counsel. Candy Jones, paralegal, is also present at defendant's table.

Discussion regarding documents tendered to court today.

Discussion regarding Government's tendered exhibit list and possibility of stipulations.

Discussion regarding estimated length of parties' cases.

Discussion regarding summary and demonstrative exhibits.

Discussion regarding Rule 26.2, Jenck's statements.

*Courtroom Minutes*
*05-cr-00545-EWN*
*Judge Edward W. Nottingham*
*Page 2 of 2*

Discussion regarding expert discovery.

Mr. Stern asks whether there will be a status conference on March 9, 2007. Court confirms that there is and that it may be a partial CIPA hearing.

Discussion regarding voir dire, jury questionnaire, and media coverage.

Court will not allow defendant's proposed written questionnaire.

Discussion regarding use of courtroom technology and equipment.

| | |
|---|---|
| **9:28 a.m.** | Court in recess to prepare for closed session. |
| **9:47 a.m.** | Court reconvenes in CIPA closed session. |

**ORDERED:** 1. **The (U) United States Motion for Enlargement of Time (#261, filed February 28, 2007) is GRANTED in part; Government shall have ninety-six hours to deliver Brady material after conducting interviews.**

| | |
|---|---|
| **10:32 a.m.** | Court in recess. |
| **10:40 a.m.** | Court reconvenes *in camera* in chambers regarding jury selection and courtroom logistics during trial. |
| **11:15 a.m.** | Court in recess. |

Hearing concluded.

Total time: 01:42