IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

| | |
|---|---|
| Nel Steffens, Deputy Clerk<br>Therese Lindblom, Court Reporter | Date: March 20, 2007 |

Criminal Action No. 05-cr-00545-EWN

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Cliff Stricklin, James Hearty, Colleen Conry, Leo Wise, and Kevin Traskos |
| Plaintiff, | |
| v. | |
| 1.  JOSEPH P. NACCHIO, | Herbert Stern, Jeffrey Speiser, John Richilano, Mark Rufolo, Edward Nathan, and Marci Gilligan |
| Defendant. | |

## TRIAL MINUTES

**Trial to Jury - Day Two**

**8:54 a.m.**     Court in session in courtroom A201.

Appearances of counsel.  Defendant Nacchio is also present.  Mr. Wise is not present.

Jury panel present.  Voir dire continues.

Challenges for Cause by Court:
13.     #100094132 (released 3/19/07)
14.     #100094608
15.     #100092578

Peremptory Challenges by Government:
None

*Courtroom Minutes*
*05-cr-00545-EWN*
*Judge Edward W. Nottingham*
*Page 2 of 3*

Peremptory Challenges by Defendant:
10.    #100081466

**10:00 a.m.**    Criminal jury oath administered.

Jurors Sworn to Try:
1.    #100103537
2.    #100081270
3.    #100084451
4.    #100098909
5.    #100111063
6.    #100081675
7.    #100111862
8.    #100101236
9.    #100104243
10.    #100116763
11.    #300023209
12.    #100091000
13.    #100088870
14.    #100087100
15.    #100105974
16.    #100104627
17.    #100104214
18.    #100112626

Court gives the jury its preliminary instructions.

**10:28 p.m.**    Court in recess.

**12:04 p.m.**    Court in session in courtroom A1001.

Jury present.  Mr. Wise is now present.

**12:05 p.m.**    Government's opening statement by Mr. Hearty.

**1:35 p.m.**    Court in recess.

**1:52 p.m.**    Court in session.

*Courtroom Minutes*
*05-cr-00545-EWN*
*Judge Edward W. Nottingham*
*Page 3 of 3*

Jury present.

**1:53 p.m.**     Defendant's opening statement by Mr. Stern.

**3:22 p.m.**     Court in recess.

**3:37 p.m.**     Court in session.

Jury present.

Opening statement by Mr. Stern continues.

**4:15 p.m.**     Government's witness, Lee Wolfe, called and sworn.

Direct examination by Mr. Wise.

*Exhibit Identified: 308*

*Exhibit Received: 308*

**4:56 p.m.**     Court instructs jurors regarding admonitions of trial.

Trial will resume tomorrow at 8:45 a.m.

**4:59 p.m.**     Jury is excused.

**5:02 p.m.**     Court in recess.

Total time in court: 06:00

Trial continued.