IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

| | |
|---|---|
| Nel Steffens, Deputy Clerk<br>Therese Lindblom, Court Reporter | Date: April 5, 2007 |

Criminal Action No. 05-cr-00545-EWN

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Cliff Stricklin, James Hearty, Colleen Conry, Leo Wise, and Kevin Traskos |
| Plaintiff, | |
| v. | |
| 1. JOSEPH P. NACCHIO, | Herbert Stern, Jeffrey Speiser, John Richilano, Mark Rufolo, Edward Nathan, and Marci Gilligan |
| Defendant. | |

### TRIAL MINUTES

**Trial to Jury - Day Twelve**

**8:32 a.m.**     Court in session.

Jury is not present. Mr. Wise is not present. Mr. Rufolo is not present.

Court's findings regarding Defendant's Motion to Strike Testimony of Sally Anderson, #306.

**ORDERED:   1.   Defendant's Motion to Strike Testimony of Sally Anderson, for a Mistrial in the Alternative, and to Exclude Further Investor Testimony (#306, filed March 26, 2007) is GRANTED as to striking the testimony of Sally Anderson and DENIED as to mistrial.**

Court's findings regarding Defendant's Motion to Strike Testimony of David Weinstein, #326.

*Courtroom Minutes*
*05-cr-00545-EWN*
*Judge Edward W. Nottingham*
*Page 2 of 4*

**ORDERED: 2.** **Defendant's Motion to Strike Testimony of David Weinstein Related to Government Exhibits 225, 226 and 227, and to Strike Government Exhibits 225, 226 and 227 from Evidence, or, in the Alternative, for a Mistrial (#326, filed April 1, 2007) is DENIED.**

Court's findings regarding Defendant's Motion to Redact Government Exhibit 215, #327.

**ORDERED: 3.** **Defendant's Motion to Redact Government Exhibit 215, and to Strike Testimony Relating Thereto (#327, filed April 1, 2007) is GRANTED as to redacting sentence, "Can you believe it?," from Government's Exhibit 215, DENIED as to striking the testimony of David Weinstein, and DENIED as to mistrial.**

Court's findings regarding Defendant's Motion to Strike Testimony of David Weinstein Related to Character Evidence, #328.

**ORDERED: 4.** **Defendant's Motion to Strike Testimony of David Weinstein Related to Character Evidence, or, in the Alternative, for a Mistrial (#328, filed April 1, 2007) is DENIED.**

Court's findings regarding Defendant's Motion for a Mistrial on the Basis of the Exclusion of Exhibit A-1031, #329.

**ORDERED: 5.** **Defendant's Motion for a Mistrial on the Basis of the Exclusion of Exhibit A-1031 or Proper Examination Relating Thereto (#329, filed April 1, 2007) is DENIED as to mistrial. Exhibit A-1031 shall be admitted into evidence before the jury, and David Weinstein shall be examined by both parties as to said exhibit.**

Discussion regarding anticipated testimony of Defendant's witness, Philip Anschutz, regarding Defendant's family issues in January of 2001. The testimony will be allowed.

**9:36 a.m.**   Court in recess.

**9:43 a.m.**   Court in session.

Jury present. Mr. Wise is now present.

Defendant's witness, Philip F. Anschutz, called and sworn.

*Courtroom Minutes*
*05-cr-00545-EWN*
*Judge Edward W. Nottingham*
*Page 3 of 4*

Direct examination by Mr. Richilano.

**9:57 a.m.**      Cross examination by Mr. Stricklin.

**10:27 a.m.**     Re-direct examination by Mr. Richilano.

**10:29 a.m.**     Witness is excused.

**10:29 a.m.**     Defendant's witness, Abbot Giles Hayes, called and sworn.

Direct examination by Mr. Speiser.

**10:37 a.m.**     Cross examination by Mr. Stricklin.

**10:47 a.m.**     Witness is excused.

**10:48 a.m.**     Jury is excused to the jury room.

Court's findings regarding United States' Motion to Exclude Testimony by Daniel Fischel, #334.

**ORDERED: 6.     United States' Motion to Exclude Testimony by Daniel Fischel (#334, filed April 3, 2007) is GRANTED.**

Discussion regarding allowing Daniel Fischel's testimony as to summarization charts. Witness Fischel may testify as to summarization charts.

**11:13 a.m.**     Court in recess.

**11:29 a.m.**     Court in session.

Jury is not present.

Defense is ready to proceed. Mr. Traskos requests additional time to review underlying documents pertinent to Daniel Fischel's testimony.

Discussion regarding underlying documents.

Discussion regarding Defendant's anticipated witnesses. Defense has no witnesses, other than Mr. Fischel, available today.

*Courtroom Minutes*
*05-cr-00545-EWN*
*Judge Edward W. Nottingham*
*Page 4 of 4*

Discussion regarding defense notice to the Government.

Discussion regarding video clips.

Discussion regarding possibility of defense' use of classified material in presentation of their case.

Court directs defense to notify Mr. Stricklin by 5:00 p.m., April 7, 2007, as to whether the defendant will testify and as to anticipated use of classified material.

**11:58 a.m.**     Jury present.

Court addresses jury.

Trial will resume April 9, 2007, at 8:45 a.m.

**12:01 p.m.**     Jury is excused.

Court advises counsel to resolve matters discussed in open court and be ready to proceed on Monday.

**12:02 p.m.**     Court in recess.

Total time in court: 03:07

Trial continued.