IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  
Therese Lindblom, Court Reporter

Date: April 9, 2007

Criminal Action No. 05-cr-00545-EWN

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSEPH P. NACCHIO,

    Defendant.

*Counsel:*

Cliff Stricklin, James Hearty, Colleen Conry, Leo Wise, and Kevin Traskos

Herbert Stern, Jeffrey Speiser, John Richilano, Mark Rufolo, Edward Nathan, and Marci Gilligan

## TRIAL MINUTES

**Trial to Jury - Day Thirteen**

**8:50 a.m.**     Court in session.

Jury is not present.

Discussion regarding juror report of possible media contact last week. Court directs counsel to chambers where this matter will be taken up with the juror.

**8:56 a.m.**     Court in recess.

**9:00 a.m.**     Court in open session in chambers.

Mr. Stricklin, Ms. Conry, Mr. Stern, Mr. Speiser, and Mr. Richilano are present.

Juror #100111063 is present. Discussion regarding contact with juror.

*Courtroom Minutes*
*05-cr-00545-EWN*
*Judge Edward W. Nottingham*
*Page 2 of 5*

**9:06 a.m.**     Juror leaves chambers.

**9:07 a.m.**     Court in recess.

**9:10 a.m.**     Court in session.

Jury is not present.

Court addresses spectators regarding not contacting jurors in elevators.

Discussion regarding recently received motions.

Discussion regarding Defendant's motion to reconsider, #349.

Court's findings.

**ORDERED:   1.     Defendant's Motion to Reconsider Order Requiring the Defense to Call a Witness in Order for Exhibit A-1031 to be Admissible, and for the Admission of the Exhibit Without Being Forced to Call a Hostile Witness (#349, filed April 8, 2007) is GRANTED in part and DENIED in part. Government's Exhibit 209 shall be remarked as Defendant's Exhibit A-1031 and shall be admitted when introduced with regard to witness David Weinstein; Defendant's Exhibit A-1031 shall be remarked as A-1031a.**

Discussion regarding Defendant's motion to permit expert rebuttal, #348.

Discussion regarding Government's motion to exclude testimony, #351.

Discussion regarding progress of defense case without immediate rulings on motions #348 and #351.

Discussion regarding Defendant's classified filing delivered this morning. Mr. Wise states that he can proceed to the Government's SCIF to look at the filing and make a determination regarding Government's response.

**9:40 a.m.**     Court in recess.

**9:50 a.m.**     Court in session.

*Courtroom Minutes*
*05-cr-00545-EWN*
*Judge Edward W. Nottingham*
*Page 3 of 5*

Jury present.  Mr. Wise is not present.

Defendant's witness, Daniel Fischel, called and sworn.

Direct examination by Mr. Speiser.

*Exhibits Identified: A-479, A-486, A-2008, A-2011, A-2006, A-1984, A-1983, A-1979, A-1980, A-1981, A-1982, A-1988*

*Exhibits Received: A-479, A-486, A-2008, A-2011, A-2006, A-1984, A-1983, A-1979, A-1980, A-1981, A-1982*

*Exhibits Received, but will not go to jury: A-1988*

**10:56 a.m.**     Cross examination by Mr. Traskos.

**11:55 a.m.**     Court in recess.

**1:38 p.m.**      Court in session.

Jury present.

Defendant's witness, Daniel Fischel, resumes witness stand.

Re-direct examination by Mr. Speiser.

**1:47 p.m.**      Re-cross examination by Mr. Traskos.

*Exhibit Identified: 413*

**1:52 p.m.**      Witness excused, subject to recall.

**1:53 p.m.**      Jury is excused to jury room.

Court's findings regarding Defendant's motion to permit expert rebuttal, #348.

**ORDERED:  2.     Defendant's Motion to Permit Expert Rebuttal of, or, Alternatively, to Strike, Opinion Testimony by Witnesses Johnstone and Khemka Adduced by the Government in Contravention of the Court's Prior**

*Courtroom Minutes*
*05-cr-00545-EWN*
*Judge Edward W. Nottingham*
*Page 4 of 5*

> **Order and Memorandum of Decision Limiting Their Testimony [#305] (#348, filed April 8, 2007) is DENIED.**

Court's findings regarding Government's motion to exclude testimony, #351.

**ORDERED: 3.     United States' Motion to Exclude Certain Testimony and Evidence to be Offered by Daniel Fischel (#351, filed April 8, 2007) is GRANTED in part and DENIED in part.**

**2:13 p.m.**     Defendant's witness, Daniel Fischel, is excused from further appearance.

Discussion regarding Government's objection to video clips defense intends to introduce into evidence.

Ms. Gilligan moves to admit:
*Exhibits: A-15, A-23, A-1950, A-623, A-624, A-625, A-626, A-1720 (withdrawn)*

Objections and discussion regarding exhibits.

*Exhibits to be Received when jury is present: A-15, A-23, A-1950*

*Exhibits Rejected: A-623, A-624, A-625, A-626*

Discussion regarding testimony of Richard Olson as a rebuttal witness.

Argument by Mr. Richilano.

Argument by Mr. Stricklin.

Court's findings.

Further discussion regarding Exhibit A-1031.

**2:49 a.m.**     Jury present.

Ms. Gilligan moves to admit:
*Exhibits: A-15, A-23, A-215, A-223, A-236, A-239, A-1950, 582, 579, A-1560a, A-1560b*

*Courtroom Minutes*
*05-cr-00545-EWN*
*Judge Edward W. Nottingham*
*Page 5 of 5*

*Exhibits Received: A-15, A-23, A-215, A-223, A-236, A-239, A-1950, 582, 579, A-1560a, A-1560b*

Video clip A-1560b is played for the jury.

**2:58 p.m.**     Defense rests.

**2:58 p.m.**     Government's rebuttal witness, Richard Olson, called and sworn.

Direct examination by Mr. Hearty.

**3:15 p.m.**     Cross examination by Mr. Richilano.

*Exhibit Identified: 107 (witness does not identify document)*

**3:23 p.m.**     Witness is excused from further appearance.

**3:24 p.m.**     Court addresses jury.

Trial will resume tomorrow at 1:00 p.m.

**3:26 p.m.**     Jury is excused for the day.

Discussion regarding scheduling.

Court directs counsel to appear tomorrow at 10:45 a.m.

Discussion regarding Mr. Weinstein's testimony and closing arguments.

**3:36 p.m.**     Court in recess.

Total time in court: 04:46

Trial continued.