FILED WITH COURT SECURITY OFFICER
IN CAMERA AND UNDER SEAL

DATE: 5/25/07 [signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Edward W. Nottingham

Criminal Case No. 05-cr-00545-EWN

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 25 2007

GREGORY C. LANGHAM
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSEPH P. NACCHIO,
    Defendant.

---

**MEMORANDUM AND OPINION ORDER CONCERNING DEFENDANT'S FIFTH SUBMISSION UNDER SECTION 5 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND REQUEST FOR PRODUCTION OF CLASSIFIED DOCUMENTS SUBMITTED *EX PARTE* PURSUANT TO SECTION 4 OF THE ACT**

---