IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk
Therese Lindblom, Court Reporter

Date: May 31, 2007

Criminal Action No. 05-cr-00545-EWN

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSEPH P. NACCHIO,

    Defendant.

*Counsel:*

Cliff Stricklin, James Hearty, Colleen Conry, Leo Wise and Kevin Traskos

Herbert Stern, Jeffrey Speiser, Ed Nathan, Mark Rufolo, and John Richilano

## COURTROOM MINUTES

**Status Conference**

**2:47 p.m.**    Court in session.

Appearances of counsel. Ms. Conry, Mr. Wise, Mr. Stern, Mr. Speiser, Mr. Nathan, and Mr. Rufolo appear by telephone.

Discussion regarding #419, motion for restraint of assets. Mr. Traskos states that resolution is forthcoming. Court states that this motion will remain pending for now.

Discussion regarding #412, motion for entry of money judgment. The motion will remain pending until sentencing.

Discussion regarding preliminary forfeiture under Fed.R.Crim.P. 32.2.(b)(2) and (3). Mr. Stricklin states that a motion will be filed by tomorrow morning.

**ORDERED: 1.**    Defendant's response is due by June 11, 2007.

*Courtroom Minutes*
*05-cr-00545-EWN*
*Judge Edward W. Nottingham*
*Page 2 of 2*

Discussion regarding parameters of sentencing hearing. Court addresses issue of permitting/limiting victims to speak at sentencing and how that would impact length of sentencing hearing. If counsel anticipate that the sentencing hearing needs to be extended, they should contact the court as soon that expectation develops.

**ORDERED:  2.     Joint Motion by United States and Joseph P. Nacchio to Add to the Docket Certain Materials that Were Submitted to the Court in Advance of Trial (#424, filed May 31, 2007) is GRANTED.**

**3:13 p.m.**     Court in recess.

Hearing concluded.

Total time: 00:26