IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00545–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOSEPH P. NACCHIO,

      Defendant.

---

## MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Chief Judge
Jamie L. Hodges, Secretary

The "Unopposed Motion by the United States to Withdraw Motion for Immediate Restraint and Itemization of Assets (Docket No. 419)" (filed June 6, 2007) is GRANTED.

Dated: June 19, 2007