IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 05-cr-00545-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH P. NACCHIO,

    Defendant.
_____

## ORDER OF RECUSAL
_____

After the Tenth Circuit Court of Appeals issued its en banc opinion in this case, the district court clerk's office randomly reassigned this case given the resignation of the district judge to whom the case was originally assigned. The case was drawn to me.

Section 455(a) of Title 28 of the United States Code states that "Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." A trial judge must recuse himself when there is an appearance of bias, regardless of whether there is actual bias. *Nichols v. Alley*, 71 F.3d 347, 350 (10th Cir. 1995). The test is whether a reasonable person, knowing all the relevant facts, would harbor doubts about the judge's impartiality. *Hinman v. Rogers*, 831 F.2d 937, 939 (10th Cir. 1987).

Section 455(b)(3) of Title 28 of the United States Code requires disqualification where the judge has "served in governmental employment and in such capacity

participated as counsel, adviser or material witness concerning the proceeding or expressed an opinion concerning the merits of the particular case in controversy." Canon 3(C)(1) of the Code of Conduct for United States Judges contains a similar admonition.

This case was indicted and tried during the time that I was an Assistant United States Attorney in the District of Colorado. During that time, I had many conversations about the case with the AUSAs who are assigned to it.

I find that a reasonable person would harbor doubts about my impartiality. As a result, recusal is required by 28 U.S.C. § 455(a), and I hereby recuse myself from this case. It is therefore

ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

DATED February 25, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge
