**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover               Date: March 19, 2009
Court Reporter:      Paul Zuckerman

Criminal Action No. 05-cr-00545-MSK

*Parties*:                                 *Counsel Appearing*:

UNITED STATES OF AMERICA,        Kevin Traskos
                                     James Hearty

Plaintiff,

v.

1.  JOSEPH P. NACCHIO,              Kip Johnson

          Defendant.

---

## COURTROOM MINUTES

---

HEARING:    Motion for Postponement of Surrender Date (Doc. #536)

**10:32 a.m.**    **Court in session**.

Defendant is not present.

The Court addresses information regarding recusal.

**10:38 a.m.**    **Court in recess**
**10:52 a.m.**    **Court in session**

Counsel have no motion(s) to recuse.

The Court addresses Motion for Postponement of Surrender Date (Doc. #536)

Argument by Messrs. Johnson and Traskos.

**ORDER:**     The motion for postponement of the surrender date (Doc. #536) will be **GRANTED upon the following condition:**  That a petition for certiorari is filed tomorrow, March 20, 2009, with the United States Supreme Court and a copy is provided to this Court with a request that the Court consider the arguments that were previously made in the previously filed motion.  In that event, the order of surrender (Doc. #528) will be stayed pending further order of this court.

Ruling is deferred on the Motion for Reconsideration (Doc. #541).

**11:19 a.m.**     **Court in recess.**

**Total Time:     33 minutes.**
**Hearing concluded.**