IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00545-MSK-01

UNITED STATES OF AMERICA,

          Plaintiff,

v.

1.    JOSEPH P. NACCHIO,

          Defendant.

---

## ORDER VACATING SURRENDER ORDER

---

    Defendant JOSEPH P. NACCHIO, was previously ordered to surrender himself by reporting to the Warden, FCI Schuylkill, Minersville, Pennsylvania, on March 23, 2009, by 12:00 noon, and to travel at his own expense (Surrender Order) **(# 528)**.

    Pursuant to the Court's oral order issued on March 20, 2009 and satisfaction of the condition precedent of filing of a Petition for Writ of Certiorari with the Supreme Court of the United States,

    **IT IS ORDERED** that the Surrender Order is vacated. The date and terms of his surrender will be addressed by subsequent Order of the Court.

    DATED at Denver, Colorado, this 20th day of March, 2009.

                                            **BY THE COURT:**

                                            *Marcia S. Krieger* (signature)

                                            Marcia S. Krieger
                                            United States District Judge